**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
JULIO VALDES,

                Plaintiff,                          20 **CIVIL** 716 (SDA)

      -v-                                    **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,
                Defendant.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated August 28, 2020, that the decision of the Commissioner of Social Security be, and hereby is, reversed and that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:**  New York, New York
          August 28, 2020

                                                            **RUBY J. KRAJICK**
                                                             _____
                                                                **Clerk of Court**
                                      **BY:**
                                                               _____
                                                                **Deputy Clerk**